UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
(NORTHERN DIVISION)

| | | |
|---|---|---|
| DENNIS GIBSON, | * | |
| Plaintiff, | * | |
| v. | * | CV 2:08-cv-127 |
| CITY OF GREENVILLE, *et al.*, | * | |
| Defendants. | * | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but no trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

| Reportable Entity | Relationship to Party |
|---|---|
| Dexter McLendon | City of Greenville Mayor |
| Sue Arnold | City of Greenville Clerk |
| Jean A. Thompson | City of Greenville Council Member |
| Ed Sims | City of Greenville Council Member |
| Tommy Ryan | City of Greenville Council Member |
| James Lewis | City of Greenville Council Member |
| Jeddo D. Bell | City of Greenville Council Member |

                                                 */s/ April W. McKay*
                                                 ALEX L. HOLTSFORD, JR. (HOL048)
                                                 APRIL W. MCKAY (WIL304)
                                                 Counsel for Defendants

OF COUNSEL:
Nix Holtsford Gilliland
    Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing instrument has been served either through the Court's e-filing system or by placing a copy of same in the United States Mail, postage prepaid and properly addressed to:

Michael Guy Holton
Fuller, Taylor & Holton, P.C.
5748 Carmichael Parkway, Suite D
Montgomery, Alabama 36117

This the 14th day of March, 2008.

                                                  */s/ April W. McKay*
                                                  OF COUNSEL