UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
(NORTHERN DIVISION)

| | | |
|---|---|---|
| DENNIS GIBSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 2:08-cv-127 |
| | * | |
| CITY OF GREENVILLE, *et al.*, | * | |
| | * | |
| Defendants. | * | |

## REPORT OF PARTIES' PLANNING MEETING

I.   Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on April 21, 2008, 2008, and was attended by:

Michael Guy Holton for Plaintiff
Alex Holtsford, Jr. and April McKay for Defendants

II.  Pre-Discovery Disclosures

The parties will exchange initial disclosures required by Fed. R. Civ. P. 26(a)(1) within twenty-one days after the scheduling order has been entered.

III. Discovery Plan

The parties jointly propose to the Court the following discovery plan:

a.   All discovery commenced in time to be completed by February 2, 2009.

b.   Maximum of 40 interrogatories by each party to the other party; response are due 30 days after service.

c.   Maximum of 50 requests for admissions by each party to the other party; responses due 30 days after service.

d.   Maximum of 20 depositions by Plaintiff and 20 depositions by Defendants.

e.  Each deposition will not exceed four hours unless agreed to by the parties.

f.  Reports from retained experts under Rule 26(a)(2) due:

   From Plaintiffs    :    January 1, 2009

   From Defendants   :    February 1, 2009

IV. Other Items

a.  Parties do not request a conference with the Court before entry of the scheduling order.

b.  The parties request a pretrial conference.

c.  Plaintiffs will be allowed until July 1, 2008, to enjoin additional parties and until July 1, 2008, to amend pleadings.

d.  Defendants shall be allowed until August 1, 2008, to enjoin additional parties and until August 1, 2008, to amend pleadings.

e.  All potentially dispositive motions should be filed by February 9, 2009.

f.  Final list of witness and exhibits under Rule 26(a)(3) should be due:

   Plaintiff's exhibit list - 45 days before trial

   Plaintiff's witness list - 45 days before trial

   Defendant's exhibit list - 45 days before trial

   Defendant's exhibit list - 45 days before trial

g.  Parties should have ten days after service of final list of witnesses and exhibits to list an objection under Rule 26(a)(3).

h.  The case should be ready for trial by May 4, 2009, and is expected to take approximately 2 days.

Dated: April 21, 2008

/s Alex L. Holtsford, Jr.
Alex L. Holtsford, Jr. (HOL048)
April W. McKay (WIL304)
Attorneys for Defendants

OF COUNSEL:

Nix Holtsford Gilliland
      Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36104
334-215-8585

/s Michael G. Holton
Michael Guy Holton
Attorney for Plaintiff

Fuller, Taylor & Holton, P.C.
5748 Carmichael Parkway, Suite D
Montgomery, Alabama 36117