IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

Dennis Gibson,                        )
                                      )
    Plaintiff(s),                     )
                                      )
v.                                    )   CIVIL ACTION NO. 2:08cv127
                                      )
City of Greenville, et al.            )
                                      )
    Defendant(s).                     )

RECEIVED
2008 APR 17 P 3: 55
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636©, the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

April 17th, 2008
Date

Signature

City of Greenville, Greenville Police Department, Bynn Russell, Lionel Davison, Lonzo Ingram
Counsel For (print name of all parties)

P.O. Box 4128, Montgomery, AL 36103
Address, City, State Zip Code

(334) 215-8585
Telephone Number

3