IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

__Dennis Gibson__          )
                           )
    Plaintiff,             )
                           )
v.                         )   CIVIL ACTION NO. __2:08-cv-00127__
                           )
__City of Greenville__ ,   )
                           )
    Defendants,            )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

__06-01-08__
Date                    Signature

                        __Dennis Gibson__
                        Counsel For (**print** name of all parties)

                        __5748 Carmichael Pkwy., Suite D__
                        Address, City, State Zip Code

                        Montgomery, AL 36117

                        __(334)514-6003__
                        Telephone Number